# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF Connecticut

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

__Clarence D Johnson__
[You are the PLAINTIFF, print your full name on this line.]

Queen Elizabeth v. Biden Trump Obama Administration Jerry Wang Yahoo Wallstock Foreignstockexchange
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __3:21-CV-1310 (VLB)__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Clarence D Johnson | 3150 N. Racine Ave #D19 |
| 2 | Jerry Wang Owner Yahoo International News | 201-650-8040  720 Vail(?) Parsippany NJ |
| 3 | Wall Street Stock News | 99 Wall Street |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __All involved__
2. What is your address? __3150 N. Racine Ave #D19 Chicago Ill 60657__
3. What is your telephone number: __(708) 916-0229__
4. Have you ever sued anyone for these exact same claims?
   ◯ No.
   ☒ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                                    page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Financial Extortion
Contact cochran law firm
Biden, Trump, Obama
administration
Queen Elizabeth
United nations
Alayne Fronkson
Wallace
212-963-4475
United nations
Secretariost
foreign Stock
Exchange

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_Treason Against_
_Vice president_
_United nations   Kamala Harris_
_Angela Byers FBI_
_513-421-4310_
_Gov't Entrapment_

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
- ☒ No.
- ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

_Prisoner Property_
_Seizure_
_Hobbs Act   Nehemiah_
_Heating + construction  3150 N. Lacle Ave St 9_
_Chicago Il 60657_

FILING FEE – Are you paying the filing fee?
- ☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]
- ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[_Initial Each Statement_]
- ___ I will keep a copy of this complaint for my records.
- ___ I will promptly notify the court of any change of address.
- ___ I declare **under penalty of perjury** that the statements in this complaint are true.

Signature: _[signature]_          Date: 9/28/2021

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

Additional Defendants

American Med Association
AMA Plaza
330 N. Wabash Ave
Suite 39300
Chicago Ill - 5885
312-464-4782

CDC
Gov.
1600 Clifton RD
Atlanta Ga
30329
(800-232-4636)